1  JOHN E. FISCHER, SBN 065792
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
2  304 "S" Street (95811-6906)
   Post Office Box 1319
3  Sacramento, California  95812-1319
   Telephone:      (916) 446-2300
4  Facsimile:      (916) 503-4000
   Email:          jfischer@murphyaustin.com
5
   Attorneys for Third-Party Defendant
6  Enloe Medical Center

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 BUTTE COUNTY CREDIT BUREAU, a         Case No.  2:08-CV-2108-GEB-KJM
   corporation,
12                                        **STIPULATION TO STRIKE PORTION OF**
                   Plaintiff,             **PRAYER OF FRIST AMENDED CROSS-**
13                                        **COMPLAINT AND ORDER**
   v.
14
   JON B. HORNBACK AKA JON B.
15 HORNBACK, indiv and dba RIDGE
   CONSTRUCTION, LORI HORNBACK
16 AKA LORETTA J. HORNBACK AKA
   LORETTA INGLEHART,
17
                   Defendants.
18
   LORETTA J. HORNBACK
19
                   Cross-Complainant,
20
   v.
21
   HEALTHNET LIFE INSURANCE
22 COMPANY, ENLOE MEDICAL
   CENTER and ROES 1-20,
23
                   Cross-Defendants.
24

25

26        IT IS HEREBY STIPULATED by and between Cross-Complaint LORETTA J.

27 HORNBACK  and Cross-Defendant ENLOE MEDICAL CENTER, through their respective

28 counsel that the prayer for exemplary damages against ENLOE MEDICAL CENTER appearing

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

- 1 -

1578.009-669406.1

on page 7, line 8 of the First Amended Cross-Complaint shall be deemed stricken from the First

Amended Cross-Complaint.

Dated: November 3, 2008                    MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ John E. Fischer
    JOHN E. FISCHER
    Attorneys for Third-Party Defendant
    Enloe Medical Center

Dated: October 31, 2008                    JACOBS, ANDERSON, POTTER & CAPLIN, LLP


By: /s/ Ron s. Chaplin
    RON S. CHAPLIN
    Attorneys for Cross-Complainant
    Lorretta J. Hornback

Dated: November 3, 2008                    LEWIS BRISBOIS BISGAAARD & SMITH LLP


By: /s/ Elise D. Klein
    ELISE D. KLEIN
    Attorneys for Cross-Defendant
    Health Net Life Insurance Company


## <u>ORDER</u>

Based on the foregoing stipulation,

IT IS ORDERED that the portion of the prayer of the First Amended Cross-Complaint

appearing on page 7 at line 8 shall be stricken from the First Amended Cross-Complaint.

Dated: 11/7/08

_____
GARLAND E. BURRELL, JR.
United States District Judge

1578.009-669406.1

STIPULATION TO STRIKE PORTION OF PRAYER OF FRIST AMENDED CROSS-COMPLAINT AN