```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


BUTTE COUNTY CREDIT BUREAU        )
a corporation,                    )     2:08-cv-2108-GEB-KJM
              Plaintiff,          )
                                  )
         v.                       )     ORDER*
                                  )
JON B. HORNBACK AKA JON B.        )
HORNBACK JR., individually and dba)
RIDGE CONSTRUCTION, LORI HORNBACK )
AKA LORETTA J. HORNBACK AKA       )
LORETTA INGLEHART,                )
                                  )
              Defendants.         )
_____)
LORETTA J. HORNBACK and JON B.    )
HORNBACK, individually and dba    )
RIDGE CONSTRUCTION,               )
              Cross-Complainants, )
                                  )
         v.                       )
                                  )
HEALTH NET LIFE INSURANCE         )
COMPANY, ENLOE MEDICAL            )
CENTER and Roes 1-20.             )
                                  )
              Cross-Defendants.   )
_____)
```

Cross-Defendant Health Net Life Insurance Company ("Health Net") moves under Federal Rule of Civil Procedure 12(f) to strike the

---

* This motion was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

following portions of Cross Complainants' First Amended Cross-Complaint: paragraph 10 from the body of the Complaint, which alleges Health Net "violated the notice requirements set forth in 29 U.S.C. [§] 1132 and breached its fiduciary duty towards Cross-Complainant"; paragraph 4 from the prayer which requests "general damages in the sum of $15,000,000"; and paragraph 6 from the prayer which requests, "any and all relief available under 29 U.S.C. 1132 . . . including, but not limited to the daily penalty outlined in ERISA."

Cross-Complainants and Cross-Defendant Enloe Medical Center filed statements of non-opposition to the motion. Since the motion is unopposed, it is granted.

Dated: December 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge