IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BUTTE COUNTY CREDIT BUREAU,

    Plaintiff,     No. CIV S-08-2108 GEB KJM

  vs.

JON B. HORNBACK,

    Defendants.     ORDER

                                           /

The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly reassign this case to another magistrate judge for any further proceedings which may be appropriate or required, and make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: February 6, 2009.

_____
U.S. MAGISTRATE JUDGE

1